

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00384-CR

**SAMUEL ALAN TUCKER,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 27,546

## O R D E R

Appellant has filed a motion for extension of time to file motion for rehearing.

Appellant's motion for extension of time is granted by the Court. *See* TEX. R. APP. P. 4,

9.2(c)(4), 49, and 49.8.

Appellant's motion for rehearing is denied by the Court.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motions granted and denied
Order issued and filed January 9, 2019

